Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of FLORIDA

_____ Division

Case No. __5:24-cv-12-MSS/PRL__
*(to be filled in by the Clerk's Office)*

__FAOUZI ABDUL.-MENHEM JABER__
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

__W. RODRIGUEZ - Counselor__
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- **Name:** FAOUZI ABDUL-MENHEM JABER
- **All other names by which you have been known:**
- **ID Number:** 75840-054
- **Current Institution:** FCI - Gilmer
- **Address:** P O Box 6000, Glenville, WV 26351

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- **Name:** W. RODRIGUEZ
- **Job or Title (if known):** Counselor
- **Shield Number:**
- **Employer:** Federal Bureau of Prisons
- **Address:** P O Box 1032, Coleman, Florida 33521
- [x] Individual capacity   [x] Official capacity

**Defendant No. 2**
- **Name:** Warden Salem
- **Job or Title (if known):** Warden at FCC - Coleman Medium
- **Shield Number:**
- **Employer:** Bureau of Prisons
- **Address:** P O Box 1032, Coleman, Florida 33521
- [x] Individual capacity   [x] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
　Name　　　　　　　　　A. CHRISTIAN
　Job or Title *(if known)*　Corrections Officer
　Shield Number
　Employer　　　　　　　Federal Bureau of Prisons
　Address　　　　　　　 PO Box 1032
　　　　　　　　　　　　 Coleman　　　　Florida　　　33521
　　　　　　　　　　　　　　City　　　　　　State　　　　Zip Code
　[X] Individual capacity　　[X] Official capacity

**Defendant No. 4**
　Name　　　　　　　　　Unit Manager Lee
　Job or Title *(if known)*　Unit Manager of Unit "A"
　Shield Number
　Employer　　　　　　　Federal Bureau of Prisons
　Address　　　　　　　 PO Box 1032
　　　　　　　　　　　　 Coleman　　　　Florida　　　33521
　　　　　　　　　　　　　　City　　　　　　State　　　　Zip Code
　[XX] Individual capacity　　[X] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

　A.　Are you bringing suit against *(check all that apply)*:

　　[X] Federal officials (a *Bivens* claim)

　　[ ] State or local officials (a § 1983 claim)

　B.　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

　C.　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
FCC - Coleman, during the month of June, 2021

C. What date and approximate time did the events giving rise to your claim(s) occur?

June 22, 2021

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On June 22, 2021, defendants falsely charged the Plaintiff with violating rules and policies of the Bureau of Prisons, and placed the Plaintiff in the Segregated Housing Unit for two months, even though the Incident Report was expunged. Thereafter, the defendants refused to provide the plaintiff with various court orders that pertained to pending legal proceedings, which had been sent to the plaintiff via U.S.Postal Service. These acts were ~~in retaliation for the plaintiff Muslim's Religion.~~

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Compensatory and punitive damages in the sum of FIVE Million Dollars, plus interest, for being unable to successfully prosecute pending civil proceedings in various courts, including Case No. 1:20-CV-7347, styled: Jaber v. Hanleys, in U.S.District Court for the Southern District of New York, which was dismissed on January 5, 2021.
    Conversion of funds from the plaintiff's "Inmate Trust Account", and Commissary funds, in the sum of $360.00.
Destroyed plaintiff's property in the sum of $4,900.00

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Destroyed Voucher given in exchange for jewelry $1,900,000.00; Compensatory and punitive damages in the sum of FIVE MILLION DOLLARS, plus interest; plus reimbursement of destruction of personal property in the sum of $4,900.00; and conversion of funds from Inmate Trust Account in the sum of $360.00
 Loss of damages involved in lawsuit which the Claimant due to wrongful confiscation of Claimant's legal papers;
Conversion of funds and eyeglasses in respective sums of $360.00, and $4,900.00

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FCC - Coleman Medium

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[X] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   FCC - Coleman Medium

2. What did you claim in your grievance?

   That officers and staff intentionally fabricated evidence in order to falsely charge me with a rule infraction so as to take me out of the prison's general population and place me in the Segregated Housing Unit, where I would be unable to file grievances against the staff and officers, or to receive legal mail, and file legal papers

3. What was the result, if any?

   My grievances were destroyed and not processed

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I did not receive notice of the destruction of my grievances

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Prison staff, and Corrections Officers, would not allow the plaintiff to file Grievances, and/or destroyed papers seeking to submit a grievance

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Verbal grievances were given

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[X] Yes

[X] No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   Faouzi Jaber
   Defendant(s)   United States of America

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Northern District of Florida

3. Docket or index number
   5:23-CV-488

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   August, 2023

6. Is the case still pending?
   [ ] Yes
   [X] No

   If no, give the approximate date of disposition.   November   2023

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Dismissed for failing to pay filing fee

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 28, 2023

Signature of Plaintiff: Faouzi A Jaber

Printed Name of Plaintiff: FAOUZI ABDUL-MENHEM JABER

Prison Identification #: 75840-054

Prison Address: FCI - Gilmer
Glenville, WV 26351

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

Telephone Number: _____
E-mail Address: _____

UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF __FLORIDA__

___FAOUZI ABDUL-MENHEM JABER___
Full name of plaintiff(s)

v.                                                Case No._____
                                                  (Provided by the clerk of court)

_____
Full name of defendant(s)

## PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

I.   **Personal Information**

1)   Your name: ___FAOUZI ABDUL-MENHEM JABER___

     (a)   State the place of your incarceration and provide your prisoner identification number:

     ___FCI - Gilmer___
     ___Glenville, WV   26351___          ___75840-054___
            (place)                           (number)

     (b)   Are you employed at the institution?           ☐ Yes     ☒ No

     (c)   Do you receive any payment from the institution?   ☐ Yes     ☒ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

Fee Request – 1

2) Do you have any dependents that you are responsible for supporting?

☐ Yes  ☒ No

If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

II. **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car?

☐ Yes  ☒ No     If "yes," list the car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2) Do you own your home(s)?   ☐ Yes   ☒ No

If "Yes," state the approximate value(s). $_____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?  $_____

3) Do you have any cash or checking, savings, or other similar accounts?
☐ Yes  ☒ No

If "Yes," state the total of such sums.  $_____

Fee Request – 2

4)    Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes      ☒ No

If "Yes," describe the property and the approximate value(s).

_____

_____

## III.   Litigation History

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
| JABER v. USA | 5:23-CV-488 | N.D. Florida |
| | | |
| | | |
| | | |
| | | |

IV.  **Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____


I, __Faouzi Jaber__, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.

November 28, 2023                         _____
Date                                      **Signature - Signed Under Penalty of Perjury**

```
TRULINCS 75840054 - JABER, FAOUZI - Unit: HAF-L-D
-----------------------------------------------------------------------

FROM: FCI Mailroom
TO: 75840054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 12/27/2021 01:52:03 PM

Delivered
November 29, 12:57PM
Atlanta, GA


>>> ~^!"JABER, ~^!FAOUZI" <75840054@inmatemessage.com> 12/27/2021 12:43 PM >>>
To: MR MURPHY
Inmate Work Assignment: n/a

THANK YOU FOR ANSWER ME ABOUT THE TRAKING NUMBER I GIVE YOU  ( 7020 2450 0000 1369 9374 ) . BUT I DONT
UNDERSTAND GOOD YOUR ANSWER, PLEASE I WHANT TO KNOW IT HAVE BEEN SEND FOM THE PRISON ? WAS
LEGAL MAIL ,AND IF THEY RECEIVED IN ATLANTA ,AND WITCH DATE THEY RECEIVED ? PLEASE HELP ME FOR MORE
CLARIFICATION
THANK YOU SIR
```

BP-A0943  Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
MAY 09
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| | |
|---|---|
| 1. Location where the property loss or damage occurred:<br>FCI - Coleman<br>P O Box 1032<br>Coleman, FLA   33521 | 2. Name, address of claimant (Register number, street, city, state, and zip code):<br>Faouzi Jaber #75840-054<br>FCI - HAZELTON<br>P O Box 5000<br>Bruceton, WV   26525 |
| 3. Date and Day of Incident:<br>June 22, 2021 | 4. Time: (A.M. or P.M.):<br>9:00 A.M. |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

   Based on false and fabricate allegations, Claimant was removed from the prison's general inmate population and placed in SHU, where he stayed for 2 months. This caused dismissal of a lawsuit where Five Million Dollars was lost because staff members destroyed my legal papers and intentionally prevented me from receiving legal pleadings in the aforesaid lawsuit. As a result of being placed in SHU, staff confiscated and/or converted my eyeglasses (Gold Cartier) valued at $3,000.00; a "Voucher" of my jewelry (DEA) $1,900,00.00 (equivalent to a U.S.Treasury Note); unreplaceable legal papers from the aforesaid lawsuit; and the theft of $360.00 from my Inmate Trust Account. The "Voucher" was with my personal property in the Storage Room, with legal papers. Other personal property stolen was worth $1,900.00

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):

   Counselor Rodriguez      L.Torres - Unit Secretary (A-4)
   R & D Officer            Warden Salem      Lt. Matthews      Officer Gonzalez
   A. Christian             Mail Room Officer
   FCI - Coleman    P O Box 1032, Coleman, Florida   33521

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):

   $6,905,260.00

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date 11/19/2021 |
|---|---|

WPD                           Prescribed by PS 1320

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 70212720000197337364

Remove X

Your item was delivered to an individual at the address at 1:12 pm on May 10, 2022 in ATLANTA, GA 30331.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Left with Individual

May 10, 2022 at 1:12 pm
ATLANTA, GA 30331

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

USPS Tracking Plus® ∨

Product Information ∨

See Less ∧

JABER FAOUZI
#75840054
FCI HAZELTON
P.O. BOX 5000
BRUCETON MILLS
WV 26525

ATT: REGIONAL DIRECTOR
FBOP SOUTHEAST REGIONAL OFFICE
3800 NORTH CAMP CREEK PKWY, SW
ATLANTA, GA 30331
BLDG 2000

SIR: I HAVE SEND YOU FROM SIX MOUNTH AGO IN NOVEMBER 2021 CLAIM FOR DAMAGE PROPERTY

I NEVER RECEIVED ANY ANSWER FROM THE DAY YOU RECEIVED MY CLAIM ON NOVEMBER 29, 12:57 PM I AM SENDING YOU COPIES OF MY CLAIM AND WAS BY CERTIFIED MAIL RECEIPT, TRAKING NUMBER 7020 2450 0000 1369 9374 AND I HAVE SEND YOU FROM SIX MOUNTH AGO ALSO ALL THE 6 FALSE COMISSARY BILLS FROM COLEMAN MEDIUM COMISSARY... ETC, ALL THIS DOCUMENTS IS WITH YOU NOW STATUS

FROM SIX MOUNTH AGO   PLEASE I WANT UPDATE OR MY CLAIM

THANK YOU
JABER FAOUZI

5/5/2022